USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/4/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JFS FT LLC,                                      :

                    Plaintiff,                   :        Case No. 11 Civ. 0972 (BSJ)

-against-                                        :

KYOSAY GLOBAL, LLC,                              :        **ORDER FOR ADMISSION**
CAMERON REID, and DOES 1 – 26,                            ***PRO HAC VICE***
                                                 :        **ON WRITTEN MOTION**

                    Defendants.                  :

                                                 :

Upon the motion of Brent A. Burns, attorney for Kyosay Global LLC and said sponsor attorney's

affidavit in support; **IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Kevin R. Krantz |
| Firm Name: | Stahl Cowen Crowley Addis LLC |
| Address: | 55 West Monroe Street, Suite 1200 |
| City/State/Zip: | Chicago, Illinois 60603 |
| Phone Number: | (312) 641-0060 |
| Fax Number: | (312) 423-8187 |
| Email: | kkrantz@stahlcowen.com |

Is admitted to practice *pro hac vice* as counsel for Kyosay Global LLC in the above captioned

case in the United States Court for the Southern District of New York.  All attorneys appearing

before this Cout are subject to the Local Ruels of this Cour, including the Rules governing

discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system,

counsel shall immediately apply for an ECF password at nysd.uscourts.gov.  Counsel shall

forward the *pro hac vice* fee to the Clerk of the Court.

Dated: ~~February~~ Mar. 4 ___, 2011
New York, New York

_____
United States District/~~Magistrate Judge~~