AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN                           DISTRICT OF                           NEW YORK

**APPEARANCE**

Case Number: 11-00972

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Kyosay Global, LLC, Cameron Reid, Steve Borre and Frank Lazowski.

I certify that I am admitted to practice in this court.

| 6/1/2011 | |
|---|---|
| Date | Signature |
| | Kevin R. Krantz                              6207327 |
| | Print Name                                  Bar Number |
| | 55 West Monroe Street, Suite 1200 |
| | Address |
| | Chicago               IL               60603 |
| | City               State               Zip Code |
| | (312) 377-7855          (312) 423-8187 |
| | Phone Number                              Fax Number |