UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| JFS FT LLC, ) | |
| ) | |
|     Plaintiff, ) | Case No. 11 CIV 0972 (BSJ) |
| ) | |
|     vs. ) | DECLARATION OF STEVE BORRE IN |
| ) | SUPPORT OF MOTION TO DISMISS |
| KYOSAY GLOBAL, LLC, an ) | |
| Illinois Limited Liability Company, ) | |
| KYOSAY GLOBAL, an Illinois ) | |
| Partnership, STEVE BORRE, FRANK ) | |
| LAZOWSKI, CAMERON REID, ) | |
| ENTELLI CONSULTING, LLC and ) | |
| DOES 1 THROUGH 20, ) | |
| ) | |
|     Defendants. ) | |

---

| |
|---|
| KYOSAY GLOBAL, LLC, an ) |
| Illinois Limited Liability Company, ) |
| ) |
|     Defendant/Counter-Plaintiff, ) |
| ) |
|     vs. ) |
| ) |
| JFS FT LLC, ) |
| ) |
|     Plaintiff/Counter-Defendant. ) |

---

    I, Steve Borre, under penalties as provided by law, certify that the statements set forth in this Declaration are true and correct.

    1.    I am a member of Kyosay Global, LLC which is an Illinois limited liability company in good standing with the Illinois Secretary of State.

    2.    This Declaration is based on my personal knowledge and if sworn as a witness herein I could competently testify to the facts set forth herein.

3.      Frank Lazowski is a member of Kyosay Global LLC.

4.      Kyosay Global, LLC was created in 2005 as a U.S. managed firm specializing in operational improvements and increased supply chain value for its clients in North America, Europe and Asia.

5.      At all times during any of the events alleged by the Plaintiff in its First Amended Complaint, Kyosay Global LLC was in existence.

6.      At all times during any of the events alleged by the Plaintiff in its First Amended Complaint, Plaintiff was engaged with Kyosay Global LLC.

7.      There is no such partnership entity described by Plaintiff in its First Amended Complaint called Kyosay Global.

8.      There is no provision contained within the articles of organization of Kyosay Global LLC which allows any liability for its debts, obligations or liabilities by any member of Kyosay Global LLC.

9.      No member of Kyosay Global LLC has consented to be bound by any provision which allows liability to a member for the company's debts, obligations or liabilities.

FURTHER DECLARANT SAYETH NAUGHT

_____
STEVE BORRE