**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

| | |
|---|---|
| **JFS FT LLC,** ) | |
| ) | |
|     **Plaintiff,** ) | **Case No. 11 CIV 0972 (BSJ)** |
| ) | |
| vs. ) | **NOTICE OF FILING** |
| ) | |
| **KYOSAY GLOBAL, LLC, an** ) | |
| **Illinois Limited Liability Company,** ) | |
| **CAMERON REID, and DOES 1** ) | |
| **THROUGH 20,** ) | |
| ) | |
|     **Defendants.** ) | |

_____

**KYOSAY GLOBAL, LLC, an** )
**Illinois Limited Liability Company,** )
    )
    **Defendant/Counter-Plaintiff,** )
    )
    )
    )
vs. )
    )
**JFS FT LLC,** )
    )
    **Plaintiff/Counter-Defendant.** )

_____

**PLEASE TAKE NOTICE** that on June 1, 2011, the undersigned filed with the Clerk of the United States District Court, Southern District of New York, **Kyosay Global, LLC's Answer to Counts I, III, IV, V, VI and IX of Plaintiff's First Amended Complaint and Cameron Reid's Answers to Count IX of Plaintiff's First Amended Complaint,** a copy of which is attached hereto and served upon you.

Dated: June 1, 2011                                      Respectfully submitted,
New York, NY

                                                         By: /s/ Kevin R. Krantz
                                                         STAHL COWEN CROWLEY ADDIS LLC
                                                         Kevin Krantz
                                                         55 West Monroe Street, Suite 1200
                                                         Chicago, IL 60603
                                                         Tel: 312.377.7855
                                                         Fax: 312.423.8187

                                                         Law Offices of Brent A. Burns, LLC
                                                         Brent A. Burns
                                                         27 Whitehall Street, 4th Floor
                                                         New York, NY 10004-2117
                                                         Tel: 201.768-2700
                                                         Fax: 201.732-9750

## CERTIFICATE OF SERVICE

      The undersigned, an attorney, certifies that he served a copy of the attached **Notice of Filing** and **Kyosay Global, LLC's Answer to Counts I, III, IV, V, VI and IX of Plaintiff's First Amended Complaint and Cameron Reid's Answers to Count IX of Plaintiff's First Amended Complaint** via the CM/ECF system.

Ravi Ivan Sharma
Ravi Ivan Sharma, P.C.
200 Park Avenue South, Suite 1511
New York, NY 10003
ravi@sharmalaw.com

                                                /s/ Kevin R. Krantz
                                                Kevin R. Krantz